

Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio



## MEMORANDUM OPINION

No. 04-11-00057-CV

**IN RE** David **RODRIGUEZ**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
               Phylis J. Speedlin, Justice
               Marialyn Barnard, Justice

Delivered and Filed:  February 9, 2011

PETITION FOR WRIT OF MANDAMUS DENIED

On January 24, 2011, relator filed a petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED.  *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2010-CI-16600, styled *David Rodriguez, Individually and as Next Friend of Phillip Rodriguez v. Sylvia Rodriguez, Individually Joint and Severally and as Employee of Travelocity, et al.*, in the 288th Judicial District Court, Bexar County, Texas, the Honorable Solomon J. Casseb, III presiding.  However, the ruling complained of was made by the Honorable David A. Berchelmann, presiding judge of the 37th Judicial District Court, Bexar County, Texas.